# IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | |
|---|---|
| Tracy BARKER, Et Al., <br>                          Plaintiffs <br><br> -vs- <br><br><br> HALLIBURTON COMPANY, Et. Al., <br>                          Defendants. | Case No. 4: 07 CV 02677 <br><br> JUDGE MILLER <br><br><br> <u>STATUS REPORT</u> <br> <u>BY PLAINTIFF</u> |

May it please the Court.

1. Plaintiff Tracy BARKER prevailed on her arbitration claim against Defendant KBR and was awarded a judgment of $2,934,376.60 by the arbitrator.

2. The Defendant has made a motion to modify the award seeking to avoid the result of the arbitration it insisted upon having.

3. This case should be scheduled to return to the docket for litigation of Plaintiff Galen BARKER's lost consortium claim.

4. Trial counsel for Plaintiff was the undersigned Michael Terrence Conway, Esq. who entered an appearance before this Court on 19 FEB 2009. The docket should reflect that all previous Plaintiff's counsel are not properly before this Court in this case for notice of filing purposes.

Respectfully Submitted,

/s/ Michael Terrence Conway, Esq.

_____
Michael Terrence Conway, Esq.
0058413
Xray2Alpha@aol.com
Michael Terrence Conway Co.
180 Aster Place
Brunswick, Ohio 44212
(330) 220-7660 (simultaneous voice data)

### SERVICE OF PROCESS

Counsel for the Plaintiff hereby certifies that a copy of the foregoing document was sent by this Court's ECF System to opposing counsel on 18 NOV 2009 to the following address:

Shadow Sloan, Esq.
VINSON & ELKINS L.L.P.
First City Tower, Suite 2500
1001 Fannin Street
Houston, Texas 77002-6760


 */s/ Michael Terrence Conway, Esq.*

_____
Michael T. Conway, Esq.