IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRACY K., and GALEN D. BARKER | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:07-CV-2677 |
| | § | |
| HALLIBURTON COMPANY, et al. | § | |
| | § | |
| Defendants. | § | |

## KBR'S RESPONSE TO PLAINTIFF'S STATUS REPORT

KBR files the following response to Plaintiff's status report dated today.

1) The arbitrator has not issued a final award in the arbitration matter.

2) KBR has filed a motion to modify the award because the arbitrator failed to apply the statutory cap for damages under Title VII.

3) Any proceeding in this Court is premature until a final award has been issued.

Respectfully submitted,

/s/ Shadow Sloan
SHADOW SLOAN
Attorney-in-Charge
State Bar No. 18507550
Federal ID No. 11372
VINSON & ELKINS L.L.P.
First City Tower, Suite 2500
1001 Fannin Street
Houston, Texas 77002-6760
Telephone (713) 758-3822
Telecopier (713) 615-5933

ATTORNEYS FOR DEFENDANTS
KBR, HALLIBURTON AND SEII

## **CERTIFICATE OF SERVICE**

   I hereby certify that on November 19, 2009, a true and correct copy of the foregoing document was electronically filed by using the CM/ECF system and/or by first-class mail, certified return receipt requested, on Plaintiff's counsel, addressed as follows:

Michael Terrence Conway<br>
180 Aster Place<br>
Brunswick, Ohio 44212<br>
Xray2Alpha@aol.com

              /s/ Shadow Sloan_____
              Attorney for Respondents