# IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | |
|---|---|
| Tracy BARKER, Et Al.,<br>　　　　　　　Plaintiffs<br><br>　　　-vs-<br><br><br>HALLIBURTON COMPANY, Et. Al.,<br>　　　　　　　Defendants. | Case No. 4: 07 CV 02677<br><br>JUDGE MILLER<br><br><u>SECOND<br>STATUS REPORT<br>BY PLAINTIFF</u> |

　　　May it please the Court.

　　　1.　　Plaintiff Tracy BARKER prevailed on her arbitration claim against Defendant KBR and was awarded a judgment of $2,934,376.60 by the arbitrator. Title VII damages caps were applied to some itemized damages in the award over Plaintiff's objection pursuant to Defendant's motion to modify the award, resulting in a final award in the amount of $1,381,700.97. The arbitration decision is binding.

　　　2.　　This case is ready to return to the docket for trial litigation of Plaintiff Galen BARKER's lost consortium cause of action which was stayed pending compelled arbitration of Tracy Barker's claims.

　　　3.　　The Plaintiff suggests that a case management/settlement conference be set at the Court's earliest opportunity to resolve the remaining matters in this case.

Respectfully Submitted,

/s/ Michael Terrence Conway, Esq.

_____
Michael Terrence Conway, Esq.
0058413
Xray2Alpha@aol.com
Michael Terrence Conway Co.
180 Aster Place
Brunswick, Ohio 44212
(330) 220-7660 (simultaneous voice data)

### SERVICE OF PROCESS

Counsel for the Plaintiff hereby certifies that a copy of the foregoing document was sent by this Court's ECF System to opposing counsel on 15 JAN 2010 to the following address:

Shadow Sloan, Esq.
VINSON & ELKINS L.L.P.
First City Tower, Suite 2500
1001 Fannin Street
Houston, Texas 77002-6760

*/s/ Michael Terrence Conway, Esq.*

_____
Michael T. Conway, Esq.