# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| Tracy BARKER, Et Al.,<br>　　　　　　　Plaintiffs, | Judge MILLER |
| | Case No. 4:07 CV 02677 |
| -vs- | <u>PLAINTIFF</u><br><u>GALEN BARKER'S</u><br><u>NOTICE OF APPEAL</u> |
| HALLIBURTON COMPANY, Et Al.,<br>　　　　　　　Defendants. | |

　　　Now comes Plaintiff Galen BARKER through counsel and hereby gives notice that he is taking an appeal from the final judgment and adverse decision entered for record on 23 AUGUST 2010 dismissing his loss of consortium claim against Defendants Halliburton, Kellogg Brown and Root, and SEII to the United States Fifth Circuit Court of Appeals.   This appeal is limited to resolving the claim for loss of consortium made by Galen Baker against all said Defendants.   The record consists of all papers filed to date pertaining to the loss of consortium issue, dismissed on summary judgment, and there is no trial transcript.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Michael Terrence Conway, Esq.*
　　　　　　　　　　　　　　　　　　　　　Michael T. Conway, Esq.
　　　　　　　　　　　　　　　　　　　　　Ohio Reg. No. 00584134
　　　　　　　　　　　　　　　　　　　　　SD Texas Reg. No. 925875
　　　　　　　　　　　　　　　　　　　　　Michael T. Conway and Company
　　　　　　　　　　　　　　　　　　　　　180 Aster Place
　　　　　　　　　　　　　　　　　　　　　Brunswick, Ohio 44212
　　　　　　　　　　　　　　　　　　　　　(330) 220-7660 (voice-fax)
　　　　　　　　　　　　　　　　　　　　　Xray2Alpha@aol.com

SERVICE OF PROCESS

Counsel for the Plaintiff hereby certifies that a copy of the foregoing document was sent to opposing counsel on 20 SEP 2010 via this Court's ECF system and to the following address:

           Shadow Sloan, Esq.
           VINSON & ELKINS L.L.P.
           First City Tower, Suite 2500
           1001 Fannin Street
           Houston, Texas 77002-6760

           */s/ Michael Terrence Conway, Esq.*
           _____
           Michael T. Conway, Esq.